In the Matter of the Petition of SALEMBIER & VILLATE, INC., Appellant, for an

Order Directing PRUDENTIAL SILK HOSIERY COMPANY, Respondent, to Proceed with Arbitration in the Manner Provided for in the Rules and Regulations of the Silk Association of America.*— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.; Merrell and Finch, JJ., dissent.